**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ISAR MEITIS,**

        **Plaintiff,**

-vs-                                          **Case No. 6:08-cv-1080-Orl-22GJK**

**PARK SQUARE ENTERPRISES, INC.**
**d/b/a Park Square Homes,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff Isar Meitis' Motion to Strike Certain Affirmative Defenses (Doc. No. 40), filed on June 1, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. No. 46), filed September 24, 2009, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff Isar Meitis' Motion to Strike Certain Affirmative Defenses (Doc. No. 40), filed on June 1, 2009, is GRANTED IN PART and DENIED IN PART. The

motion is GRANTED as to Defendant Park Square Enterprises, Inc.'s Second Affirmative Defense. The motion is DENIED in all other respects.

3. Defendant Park Square Enterprises, Inc. is granted leave to amend its Second Affirmative Defense in accordance with the directions given in Judge Kelly's Order. Any amendments must be filed by **NOVEMBER 2, 2009.**

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 15, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge